UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIMITRA HRISIKOS,

                Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCTION,

                Defendant.

21-CV-4998 (LTS)

ORDER

LAURA TAYLOR SWAIN, United States District Judge:

      Plaintiff filed this action *pro se*. By order dated June 8, 2021, the Court denied Plaintiff's application to proceed *in forma pauperis* (IFP) because the Court determined that Plaintiff has sufficient assets to pay the filing fees. The Court's order directed Plaintiff to pay the $402.00 in filing fees within thirty days of the date of that order. Plaintiff failed to pay the filing fees, and therefore by order dated July 29, 2021, the Court dismissed the complaint without prejudice and entered judgment. (ECF 6, 7.) On August 8, 2021, the Court received a letter from Plaintiff in which she alleges that she never received notice that her IFP application had been denied, and states that she is currently willing and able to pay the $402.00 in filing fees. (ECF 8.)

      If Plaintiff wishes to proceed with this action, she must, within thirty days, pay the $402.00 in filing fees for this action. Upon receipt of the $402.00 in filing fees within the thirty-day deadline, the Court will reopen this action.

      Plaintiff is reminded that she has consented to receive electronic service of notices and documents in this action, and therefore will not receive paper copies of case filings, including motions, decisions, orders, and other documents. (ECF 3.)

## CONCLUSION

The Court grants Plaintiff 30 days leave to pay the $402.00 in filing fees. Upon receipt of the filing fees within the thirty-day deadline, the Court will reopen this action.

The Clerk of Court is directed to transmit a copy of this order to Plaintiff. Plaintiff has consented to receive electronic service of notices and documents in this action. (ECF 3.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 6, 2021
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge