UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIMITRA HRISIKOS,

       Plaintiff,

   -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

       Defendant.

21-CV-4998 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff brings this action *pro se*. By order dated June 8, 2021, the Court denied Plaintiff's application to proceed *in forma pauperis*, that is, without prepayment of fees, and directed her, within thirty days, to pay the $402.00 in fees required to bring a civil action in this Court. (ECF 5.) Plaintiff failed to respond to the Court's order, and by order dated July 29, 2021, the Court dismissed the complaint without prejudice, and entered judgment. (ECF 6, 7.) On August 4, 2021, the Court received a letter from Plaintiff seeking an extension of time to pay the fees. On August 6, 2021, the Court granted Plaintiff thirty days' leave to pay the fees and stated that if Plaintiff paid the fees within the thirty-day deadline, the Court would reopen the action. (ECF 9.)

  On September 7, 2021, the Court's Finance Department processed Plaintiff's payment of the fees. Accordingly, the Court vacates its order of dismissal and civil judgment (ECF 6, 7), and directs the Clerk of Court to reopen this action.

2

Plaintiff has consented to receive electronic service of notices and documents in this action. (ECF 3.)

SO ORDERED.

Dated:   September 7, 2021
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge