**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    03/29/2022
```

Dimitra Hrisikos,

                                        **Plaintiff,**

            -against-

**New York City Department of Education,**

                                        **Defendant.**

**1:21-cv-04998 (PGG) (SDA)**

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

*Pro se* Plaintiff's time to file her opposition to Defendant's motion to dismiss at ECF No. 21 was extended to March 22, 2022 (*see* ECF No. 29); however, Plaintiff has not yet filed her opposition. If Plaintiff does not file her opposition by April 12, 2022, the Court will consider Defendant's motion to be unopposed.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated:        New York, New York
              March 29, 2022

_____
STEWART D. AARON
United States Magistrate Judge